# Exhibit 51

**WA | Wilson Aerospace**

# On Station Torque Simulation for Gamah Fitting

**09/15/2020**

**HIGH IMPORTANCE**