# Exhibit 59

**Subject:** Package with Bolts
**From:** "Carlson, Brenda K" <Brenda.K.Carlson@boeing.com>
**Date:** 1/3/2013, 6:00 PM
**To:** David Wilson <d007wilson@msn.com>
**CC:** "Kroll, Raymond L" <raymond.l.kroll@boeing.com>

FedEx Pak with Bolts will be shipped today – expected delivery Friday (tomorrow) about 4:30 pm. Tracking number is 794434629773.

Thank you,
Brenda Carlson
BR&T