# Exhibit 67



# Custom Solutions

**New World Technologies Inc. has designed its operations for maximum flexibility and responsiveness ensuring our customers receive outstanding service. With our ongoing investment into Research and Development, this ensures a continuous flow of bolting innovations.**

**With 10 engineers on staff, we have the ability to provide custom solutions for applications in many different industries including aerospace, oil and gas, petrochemical, mining, wind power and manufacturing. Contact RAD for all your custom projects.**

## Aerospace

**The E-RAD Twin Spindle System was developed to accurately torque the 747 Landing Gear Bolts.**

- [See all E-RAD Series products](#)



**New World Technologies Inc. is the sole supplier of torque multipliers for the 787 Program.**