# Exhibit 68

**Subject:** Capture Latch Video
**From:** David Wilson <d007wilson@msn.com>
**Date:** 1/22/2014, 3:34 PM
**To:** "Gamblin, Larry R" <larry.r.gamblin@boeing.com>

```
Sent from my iPhone
```

Attachments:

IMG_0031.MOV                                                                 342 KB