# Exhibit 69

**Subject:** Re: RFP-CA-908852
**From:** David Wilson <D007WILSON@msn.com>
**Date:** 11/8/2021, 5:36 PM
**To:** "Little (US), Angela D" <angela.d.little@boeing.com>

Angela,

Of course we are pleased and anxious to work with Boeing.  However, Wilson Aerospace has several issues concerning Boeing that Wilson Aerospace's attorneys are working on.

Therefore, we cannot respond to the inquiry at this time.

Regards,
Caroline

---

**From:** Little (US), Angela D <angela.d.little@boeing.com>
**Sent:** Monday, November 8, 2021 7:25 AM
**To:** David Wilson <D007WILSON@msn.com>
**Cc:** Salgado (US), Abbey <abbey.salgado@boeing.com>
**Subject:** RE: RFP-CA-908852

Good Morning Caroline, this has become critical that we receive a response from you. The program is needing status.

Your demonstration of your willingness to continue to work with Boeing is needed.

If we need to talk please let me know and I will arrange.

Thanks

---

**From:** Little (US), Angela D
**Sent:** Tuesday, November 02, 2021 1:06 PM
**To:** 'David Wilson' <D007WILSON@msn.com>
**Cc:** Salgado (US), Abbey <abbey.salgado@boeing.com>
**Subject:** RE: RFP-CA-908852

Caroline I'm sorry to hear about your situation. Can you please let me know if you are able to respond to Abbey?

Thanks

**From:** David Wilson [mailto:D007WILSON@msn.com]
**Sent:** Sunday, October 17, 2021 7:30 PM
**To:** Little (US), Angela D <angela.d.little@boeing.com>
**Cc:** Salgado (US), Abbey <abbey.salgado@boeing.com>
**Subject:** [EXTERNAL] Re: RFP-CA-908852

> EXT email: be mindful of links/attachments.

Angela,

We are dealing with a family emergency at this time.
Confidentially, David's dad is dying, so please understand we are not ignoring your request for information.
We hope to be more responsive soon.

Caroline

---

**From:** Little (US), Angela D <angela.d.little@boeing.com>
**Sent:** Wednesday, October 13, 2021 12:57 PM
**To:** David Wilson <D007WILSON@msn.com>
**Cc:** Salgado (US), Abbey <abbey.salgado@boeing.com>
**Subject:** RE: RFP-CA-908852

Caroline when will you be back in the office and we expect a response. This will need to be elevated if no response is received by Monday 10/18.

**From:** David Wilson [mailto:D007WILSON@msn.com]
**Sent:** Monday, October 11, 2021 11:29 AM
**To:** Little (US), Angela D <angela.d.little@boeing.com>
**Subject:** [EXTERNAL] Automatic reply: RFP-CA-908852

> EXT email: be mindful of links/attachments.

I am currently out of the office but will try to answer when possible.

Thanks