# Exhibit 82

National Aeronautics and Space Administration



# SPACE LAUNCH
# SYSTEM
## A CASE FOR SMALL BUSINESS

**Office of**
**Small Business Programs** (OSBP)
where small business makes a **big** difference

**THE BOEING COMPANY SUBCONTRACTOR**

**Describe future endeavors for your small business with NASA and/or the Federal Government.**

Kord is positioned to grow significantly over the next few years, having recently won five prime multiyear contracts with combined ceiling values of well over $200M.

**Kord Technologies, Inc.**

1101 McMurtrie Drive NW, Building A
Huntsville, AL 35806
*Socioeconomic Category:* Woman-Owned Small Business

**T:** 256-489-2346 | **F:** 256-489-2347
*bd@kordtechnologies.com*
*www.kordtechnologies.com*

**Tom Young, President**
**T:** 256-489-2346 x12
*tyoung@kordtechnologies.com*

**Donna Joffrion, Director**
**T:** 256-508-5287
*donna.joffrion@kordtechnologies.com*