|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| WILSON AEROSPACE LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY INC,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS TO COMPLAINT UNDER SEAL |

　　　　This matter comes before the Court on Plaintiff's Motion for Leave to File Exhibits Under Seal. Dkt. # 2. Plaintiff seeks leave to file several exhibits attached to Plaintiff's Complaint under seal. Specifically, Plaintiff seeks leave to file Exhibits 15, 17, 19, 23, 24, 25, 26, 27, 29, 31, 32, 34, 35, 36, 44, 45, 54, 72, 74, 78, 79, 84 and 85 because those exhibits are governed by the Arms Exports Control Act ("AECA") and the International Traffic in Arms Regulations ("ITAR"). Plaintiff also seeks leave to file Exhibits 1, 6–16, 18–22, 24, 27, 29, 32–34, 52, 53, 56, 61–63, 70, 73, 77, and 84 because they contain confidential and proprietary business information. For the reasons stated in Plaintiff's Motion, the Court FINDS Plaintiff has stated compelling reasons to seal the exhibits so requested. Therefore, Plaintiff's Motion is GRANTED without prejudice to any future motions to unseal. Plaintiff may file exhibits 1, 6–

16, 17–27, 29, 31–36, 44, 45, 52–54, 56, 61–63, 70, 72–74, 77, 84, and 85 under seal.  Since Plaintiff filed the exhibits under seal contemporaneously with the Motion, the Court ORDERS that Plaintiff's Exhibits filed under seal, as stated herein, may remain filed under seal.

Dated this 13th day of June, 2023.

*John H. Chun*

John H. Chun
United States District Judge