UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, INC.<br><br>Defendant. | NO. 2:23-cv-00847<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Complaint Served: July 13, 2023<br>Current Response Date: Aug. 3, 2023<br>New Response Date: Sept. 5, 2023 |

WHEREAS, Plaintiff Wilson Aerospace LLC ("Plaintiff") filed its Complaint against Defendant The Boeing Company ("Defendant"), on June 6, 2023;

WHEREAS, Defendant was served on July 13, 2023, and the parties stipulated that the last date for Defendant to file an answer or otherwise respond to the Complaint would be August 3, 2023;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant that Defendant's deadline to respond to the Complaint is continued for 30 days to September 5, 2023 to allow Defendants the opportunity to review exhibits filed under seal.

IT IS SO STIPULATED.

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT (NO. 2:23-CV-00847) – 1

92563288.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | | *s/ David Perez* |
| 3 | DATED this 27th day of July, 2023. | David Perez, WSBA #43959 |
| 4 | | *s/ Carolyn Gilbert* |
| 5 | | Carolyn Gilbert, WSBA #51285 |
| 6 | | |
| 7 | | **PERKINS COIE LLP** |
| 8 | | 1201 Third Avenue, Suite 4900 |
| 9 | | Seattle, WA  98101-3099 |
| 10 | | Tel:    (206) 359-8000 |
| 11 | | Fax:    (206) 359-9000 |
| 12 | | Email:  DPerez@perkinscoie.com |
| 13 | | CarolynGilbert@perkinscoie.com |
| 14 | | |
| 15 | | *Attorneys for Defendant, The Boeing Company* |
| 16 | | |
| 17 | | *s/ Benjamin L. Hatch* |
| 18 | DATED this 27th day of July, 2023. | Benjamin L. Hatch, admitted pro hac vice |
| 19 | | *s/ Brian C. Riopelle* |
| 20 | | Brian C. Riopelle, admitted pro hac vice |
| 21 | | *s/George B. Davis* |
| 22 | | George B. Davis, admitted pro hac vice |
| 23 | | *s/Kathryn M. Barber* |
| 24 | | Kathryn M. Barber, admitted pro hac vice |
| 25 | | **MCGUIRE WOODS LLP** |
| 26 | | 888 16th Street N.W., Suite 500, |
| 27 | | Black Lives Matter Plaza |
| 28 | | Washington, DC 20006 |
| 29 | | Tel:    (202) 857-1700 |
| 30 | | Email:  BHatch@mcguirewoods.com |
| 31 | | briopelle@mcguirewoods.com |
| 32 | | GDavis@mcguirewoods.com |
| 33 | | KBarber@mcguirewoods.com |
| 34 | | |
| 35 | | *Attorneys for Defendant, The Boeing Company* |

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT (NO. 2:23-CV-00847) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

92563288.2

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on July 27, 2023, I electronically filed the foregoing Stipulation To Extend Time To Respond To Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record.  In addition, I caused service to be made on the same attorney(s) of record by the method(s) indicated:

DATED this 27th day of July, 2023.

*/s/ David A. Perez*
David Perez, WSBA #43959
DPerez@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

CERTIFICATE OF SERVICE
(NO. 2:23-CV-00847) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

92563288.2