THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, INC,<br><br>Defendant. | No. 2:23-CV-00847<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |

The Court having reviewed Defendant The Boeing Company's ("Defendant") Stipulated Motion for Extension of Time to Respond to the Complaint, and good cause appearing therefore, hereby GRANTS the motion as follows:

The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be extended to September 5, 2023.

DATED this 28th day of July, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER (No. 2:23-cv-00847)

92563603.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

*Presented by:*

*s/ David A. Perez*
David A. Perez, WSBA No. 43959
*s/ Carolyn S. Gilbert*
Carolyn S. Gilbert, WSBA No. 51285
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:
    DPerez@perkinscoie.com
    CarolynGilbert@perkinscoie.com

*s/ Benjamin L. Hatch*
Benjamin L. Hatch, admitted pro hac vice
*s/ Brian C. Riopelle*
Brian C. Riopelle, admitted pro hac vice
*s/ George B. Davis*
George B. Davis, admitted pro hac vice
*s/ Kathryn M. Barber*
Kathryn M. Barber, admitted pro hac vice
**MCGUIRE WOODS LLP**
888 16th Street N.W., Suite 500,
Black Lives Matter Plaza
Washington, DC 20006
Tel: (202) 857-1700
Email:
    BHatch@mcguirewoods.com
    briopelle@mcguirewoods.com
    GDavis@mcguirewoods.com
    KBarber@mcguirewoods.com

*Attorneys for Defendant, The Boeing Company*

ORDER (No. 2:23-cv-00847) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92563603.1