THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, INC.<br><br>      Defendant. | No. 2:23-cv-00847<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS |

The Court having reviewed Plaintiff Wilson Aerospace LLC's Stipulated Motion for Extension of Time to Respond to Defendant The Boeing Company's Motion to Dismiss (Dkt. # 92), and good cause appearing therefore, hereby GRANTS the motion as follows:

The deadline for Plaintiff to respond to the Motion to Dismiss shall be extended to October 18, 2023; the deadline for Defendant to file any reply shall be November 3, 2023, and Defendant The Boeing Company's Motion to Dismiss (Dkt. # 87) shall be renoted for November 3, 2023.

DATED this 13th day of September, 2023.

_John H. Chun_
John H. Chun
United States District Judge

ORDER (NO. 2:23-CV-00847) – 1

**Friedman Rubin PLLP**
1126 Highland Avenue
Bremerton, Washington 98337

*Presented by:*

*/s/ Kenneth R. Friedman*
Kenneth R. Friedman (Bar # 17148)
FRIEDMAN RUBIN PLLP
1126 Highland Avenue
Bremerton, Washington 98337
kfriedman@friedmanrubin.com

*/s/ Mel C. Orchard, III*
Mel C. Orchard, III (*pro hac vice*)
*/s/ Emily S. Madden*
Emily S. Madden (*pro hac vice*)
THE SPENCE LAW FIRM
15 S. Jackson St. / P.O. Box 548
Jackson, Wyoming 83001
orchard@spencelawyers.com
madden@spencelawyers.com

*/s/ Peter J. Flowers*
Peter J. Flowers (*pro hac vice*)
*/s/ Christopher J. Warmbold*
Christopher J. Warmbold (*pro hac vice*)
pjf@meyers-flowers.com
cjw@meyers-flowers.com

*/s/ Lance Astrella*
Lance Astrella (*pro hac vice*)
ASTRELLA LAW, P.C.
1600 Broadway, Suite 1070
Denver, Colorado 80202
lance@astrellalaw.com

*/s/ Rex Sharp*
Rex Sharp (*pro hac vice*)
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, Kansas 66208
rsharp@midwest-law.com
*Attorneys for Plaintiff Wilson Aerospace LLC*

ORDER (NO. 2:23-CV-00847) – 2

**Friedman Rubin PLLP**
1126 Highland Avenue
Bremerton, Washington 98337