1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9   WILSON AEROSPACE LLC,                     No. 2:23-CV-00847-JHC

10                      Plaintiff,             ORDER RE: BOEING COMPANY'S
                                              MOTION TO STAY DISCOVERY
11       v.

12  THE BOEING COMPANY, INC.,

13                      Defendant.

14

15       This matter comes before the Court on The Boeing Company's Motion to Stay

16  Discovery.  Dkt. # 89.  The Court has considered the materials submitted in support of, and in

17  opposition to, the motion; pertinent portions of the record; and the applicable law.  Being fully

18  advised, the Court GRANTS the motion in part and DENIES it in part.  Discovery is

19  generally stayed pending the Court's order on Defendant's Motion to Dismiss (Dkt. # 87).

20  Plaintiff may, however, during this period, pursue discovery to identify entities to "ensure that

21  they receive preservation notices."  *See* Dkt. # 96 at 10.

22       DATED this 3rd day of October, 2023.

23

24                                            _John H. Chun_____

25                                            John H. Chun
                                             United States District Judge
26