THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, INC.<br><br>                Defendant. | No. 2:23-cv-00847<br><br>ORDER GRANTING STIPULATED MOTION TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT |

      The Court, having reviewed Plaintiff Wilson Aerospace LLC's Stipulated Motion to File Plaintiff's First Amended Complaint, finds Defendant The Boeing Company consented in writing to Plaintiff's request to file an amended complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure. Therefore, the Court GRANTS the motion as follows:

      Plaintiff has leave to file a first amended complaint on or before October 18, 2023. The Court's Order Re: Boeing Company's Motion to Stay Discovery (Dkt. # 98) will remain in place until the Court rules on a forthcoming Rule 12(b)(6) motion to dismiss Plaintiff's first amended complaint.

ORDER (NO. 2:23-CV-00847) – 1

**Friedman Rubin PLLP**
1126 Highland Avenue
Bremerton, Washington 98337

DATED this 12th day of October, 2023.

_____
John H. Chun
United States District Judge

*Presented by:*

*/s/ Kenneth R. Friedman*
Kenneth R. Friedman (Bar # 17148)
FRIEDMAN RUBIN PLLP
1126 Highland Avenue
Bremerton, Washington 98337
kfriedman@friedmanrubin.com

*/s/ Mel C. Orchard, III*
Mel C. Orchard, III (*pro hac vice*)
*/s/ Emily S. Madden*
Emily S. Madden (*pro hac vice*)
THE SPENCE LAW FIRM
15 S. Jackson St. / P.O. Box 548
Jackson, Wyoming 83001
orchard@spencelawyers.com
madden@spencelawyers.com

*/s/ Peter J. Flowers*
Peter J. Flowers (*pro hac vice*)
*/s/ Christopher J. Warmbold*
Christopher J. Warmbold (*pro hac vice*)
pjf@meyers-flowers.com
cjw@meyers-flowers.com

*/s/ Lance Astrella*
Lance Astrella (*pro hac vice*)
ASTRELLA LAW, P.C.
1600 Broadway, Suite 1070
Denver, Colorado 80202
lance@astrellalaw.com

ORDER (NO. 2:23-CV-00847) – 2

**Friedman Rubin PLLP**
1126 Highland Avenue
Bremerton, Washington 98337

*/s/ Rex Sharp*
Rex Sharp (*pro hac vice*)
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, Kansas 66208
rsharp@midwest-law.com
*Attorneys for Plaintiff Wilson Aerospace LLC*

ORDER (NO. 2:23-CV-00847) – 3

**Friedman Rubin PLLP**
1126 Highland Avenue
Bremerton, Washington 98337