UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC,<br><br>        Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Plaintiff has filed its First Amended Complaint. Dkt. # 102. Accordingly, the Court STRIKES as moot the pending motion to seal, Dkt. # 86, and motion to dismiss, Dkt. # 87.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of October 2023.

                                                Ravi Subramanian
                                                Clerk

                                                */s/Ashleigh Drecktrah*
                                                Deputy Clerk

MINUTE ORDER - 1