Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | Civil Action No. 2:23-cv-00847<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS TO FIRST AMENDED COMPLAINT UNDER SEAL |

    This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Exhibits to First Amended Complaint Under Seal. Dkt. # 103. Plaintiff seeks leave to file eight exhibits to Plaintiff's First Amended Complaint under seal. Specifically, Plaintiff seeks leave to file Exhibits B, D, E, F, H, I, J, and K because they contain confidential and proprietary business information. For the reasons stated in Plaintiff's Motion, the Court FINDS Plaintiff has stated compelling reasons to seal the exhibits so requested. Defendant does not oppose the request.

ORDER — 1

Therefore, Plaintiff's Motion is **GRANTED**. Plaintiff may file Exhibits B, D, E, F, H, I, J, and K to Plaintiff's First Amended Complaint under seal. Since Plaintiff filed the exhibits under seal contemporaneously with the Motion, the Court ORDERS that Plaintiff's Exhibits filed under seal, as stated herein, may remain filed under seal.

Dated this 19th day of October, 2023.

The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kenneth R. Friedman*
Kenneth R. Friedman (Bar # 17148)
FRIEDMAN RUBIN PLLP
1126 Highland Avenue
Bremerton, Washington 99337
kfriedman@friedmanrubin.com

*/s/ Mel C. Orchard, III*
Mel C. Orchard, III (*pro hac vice*)
*/s/ Emily S. Madden*
Emily S. Madden (*pro hac vice*)
THE SPENCE LAW FIRM
15 S. Jackson St. / P.O. Box 548
Jackson, Wyoming 83001
orchard@spencelawyers.com
madden@spencelawyers.com

*/s/ Peter J. Flowers*
Peter J. Flowers (*pro hac vice*)
*/s/ Christopher J. Warmbold*
Christopher J. Warmbold (*pro hac vice*)
pjf@meyers-flowers.com
cjw@meyers-flowers.com

ORDER — 2

/s/ Lance Astrella
Lance Astrella (*pro hac vice*)
ASTRELLA LAW, P.C.
1600 Broadway, Suite 1070
Denver, Colorado 80202
lance@astrellalaw.com

/s/ Rex Sharp
Rex Sharp (*pro hac vice*)
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, Kansas 66208
rsharp@midwest-law.com

/s/ William W. Cochran
William W. Cochran (*pro hac vice*)
COCHRAN FREUND & YOUNG LLC
2026 Caribou Dr., Suite 201
Ft. Collins, Colorado 80525
billc@patentlegal.com

ORDER — 3