1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC,<br><br>Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

The Court having reviewed Defendant The Boeing Company's Stipulated Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and good cause appearing therefore, hereby GRANTS the motion as follows:

The deadline for Defendant to respond to the First Amended Complaint shall be extended to November 17, 2023.

Dated this 20th day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S FIRST
AMENDED COMPLAINT - 1