THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>　　　　　　　　　　Defendant. | No. 2:23-cv-00847<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND AND REPLY TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS |

The Court, having reviewed Plaintiff Wilson Aerospace LLC's Stipulated Motion for Extension of Time for the Parties to Respond and Reply to Defendant's 12(b)(6) Motion to Dismiss, and good cause appearing therefore, hereby GRANTS the motion as follows:

The deadline for Plaintiff to respond to Defendant's 12(b)(6) Motion to Dismiss shall be extended to December 21, 2023.

The deadline for Defendant to file a reply in support of its 12(b)(6) Motion to Dismiss shall be extended to January 5, 2024.

//

ORDER (NO. 2:23-CV-00847) – 1

DATED this 29th day of November, 2023.

_____
John H. Chun
United States District Judge