UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC,<br><br>Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>ORDER GRANTING MOTION TO SEAL MOTION TO DISMISS FIRST AMENDED COMPLAINT |

Before the Court is Defendant The Boeing Company's Motion to Seal Defendant's Motion to Dismiss First Amended Complaint. Dkt. # 118. The motion is unopposed. The motion is noted for December 1, 2023, but the Court sees no good reason to wait until then to rule. Accordingly, the Court GRANTS the motion.

DATED this 30th day of November, 2023.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING MOTION TO
SEAL MOTION TO DISMISS FIRST - 1