Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

WILSON AEROSPACE LLC,

        Plaintiff,

vs.

THE BOEING COMPANY,

        Defendant.

Civil Action No. 2:23-cv-00847

ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the Court on Plaintiff's Motion to File an Over-Length Brief in Opposition to Defendant's Motion to Dismiss, Dkt. # 126. Plaintiff seeks leave to file an over-length brief in opposition in an amount not to exceed 12,600 words. For the reasons stated in Plaintiff's Motion, Plaintiff's Motion is **GRANTED**. Plaintiff may file an over-length brief in opposition in an amount not to exceed 12,600 words.

Dated this 15th day of December, 2023.

*[signature: John H. Chun]*
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER — 1