UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC,<br><br>Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Defendant is ORDERED to respond to Plaintiff's Motion for Reconsideration, Dkt. # 133, on or before Monday, August 19, 2024.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 14th day of August 2024.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1