UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, INC.,<br><br>    Defendant. | No. 2:23-cv-00847-JHC<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

  This matter having come to the Court's attention through Defendant's Unopposed Motion for Extension of Time to File Response to Second Amended Complaint, Dkt. # 136, in the above-captioned case;

  IT IS HEREBY ORDERED that the Defendant's Unopposed Motion for Extension of Time to File Response to Second Amended Complaint is hereby GRANTED. The deadline for Defendant to respond to the Second Amended Complaint shall be extended to September 27, 2024.

  DATED this 4th day of September, 2024.

*[signature: John H. Chun]*
John H. Chun
United States District Judge