1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

WILSON AEROSPACE LLC,

CASE NO. 2:23-cv-00847-JHC

9

Plaintiff,

ORDER RE: MOTION FOR
RECONSIDERATION

10

v.

11

THE BOEING COMPANY INC,

12

Defendant.

13

14

This matter comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. #

15

145. "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in

16

the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal

17

authority which could not have been brought to its attention earlier with reasonable diligence."

18

LCR 7(h)(1).

19

Plaintiff does not make this showing.  To the contrary, the Third Amended Complaint

20

says, "Wilson's trademark rights are valid and subsisting and each of the 'FFTD' and 'Fluid

21

Fitting Torque Device' trademarks are distinctive and *have secondary meaning* in association

22

with Wilson's goods as evidenced by the registrations of both trademarks by the U.S. Trademark

23

Office." Dkt. # 140 at 72 (emphasis added).  But Plaintiff now equates secondary meaning with

24

ORDER RE: MOTION FOR RECONSIDERATION - 1

acquired distinctiveness, while it argues "neither one of Wilson's registrations at issue relied

upon acquired distinctiveness to obtain a registration."  Dkt. # 145 at 2-3; *see id.* ("secondary

meaning ('acquired distinctiveness')").  As a result, these new arguments appear to contradict the

Third Amended Complaint.

For these reasons, the Court DENIES the motion.

Dated this 28th day of March, 2025.


_____
John H. Chun
United States District Judge

ORDER RE: MOTION FOR RECONSIDERATION - 2