UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC,<br><br>Defendant. | CASE NO. 2:23-cv-00847-JHC<br><br>ORDER |

This matter comes before the Court on the parties' Disputed Proposal regarding Discovery of Electronically Stored Information, Dkt. # 152.  The Court ORDERS the parties to file a revised protocol governing the production of Electronically Stored Information that adopts Plaintiff's proposals.

Dated this 12th day of June, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1