UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | No. 2:23-CV-00847-JHC<br><br>**ORDER GRANTING DEFENDANT THE BOEING COMPANY'S MOTION TO SEAL ITS MOTION TO COMPEL DISCOVERY AND EXHIBITS 5-6 TO THE SAME** |

The Court having reviewed Defendant The Boeing Company's ("Defendant") Motion to Seal Defendant's Motion to Compel Discovery and Exhibits 5-6 to the Same, Dkt. # 160, and good cause appearing therefore:

IT IS ORDERED that the Motion is GRANTED.

DATED this 3rd day of September, 2025.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
(No. 2:23-CV-00847-JHC)