UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON AEROSPACE LLC,

                    Plaintiff,

          vs.                                CASE NO. 2:23-CV-00847-JHC

THE BOEING COMPANY, INC.          **ORDER GRANTING RENEWED
                                  MOTION TO WITHDRAW AS COUNSEL**

                    Defendant.

This matter comes before the Court on the Renewed Motion for Leave to Withdraw as

Counsel filed by counsel for Plaintiff.  Dkt. # 177.  For the reasons presented in the motion,

and given the notice of substitution of counsel at Dkt. # 179, the Court GRANTS the motion.

The following attorneys are withdrawn as counsel of record for Plaintiff in this matter:

- Mel C. Orchard III, The Spence Law Firm LLC
- Emily S. Madden, The Spence Law Firm LLC
- Lance Astrella, Astrella Law, PC
- Peter J. Flowers, Meyers & Flowers LLC
- Christopher J. Warmbold, Meyers & Flowers LLC
- Rex Sharp, Sharp Law LLP
- William W. Cochran, Cochran Freud & Young LLC
- Kenneth R. Friedman, Friedman Rubin PLLP

     IT IS SO ORDERED.

//

ORDER GRANTING MOTION TO WITHDRAW
CASE NUMBER 2:23-CV-00847-JHC - 1

Dated this 7th day of April, 2026.

_____
JOHN H. CHUN
United States District Judge