UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON AEROSPACE LLC,

        Plaintiff/Counterclaim
        Defendant,

    v.

THE BOEING COMPANY INC.,

        Defendant/Counterclaimant.

Case No. 2:23-cv-00847-JHC

**ORDER REGARDING LCR 37 SUBMISSION REGARDING SIMULTANEOUS DEPOSITIONS AND CLAWBACK OF PRIVILEGED DOCUMENTS**

This matter comes before the Court on the Parties' LCR 37 Submission Regarding Simultaneous Depositions and Clawback of Privileged Documents. Dkt. # 190. The Court has considered the materials submitted, the rest of the record, and the governing law. Being fully advised, the Court orders as follows:

Discovery Dispute at Issue: Whether any Rule 30(b)(6) deposition of the witnesses should be taken in conjunction with the depositions of those witnesses in their individual capacity under Rule 30(b)(1).

Court's Decision: For all the reasons expressed by Defendant, the Court DENIES this request. This ruling does not prejudice Plaintiff from making a similar request in the future after a Rule 30(b)(1) deposition is taken and a Rule 30(b)(6) deposition notice for the same witness is served.

<u>Discovery Dispute at Issue</u>: Whether Plaintiff may claw back documents it has identified as privileged pursuant to the terms of the Protective Order.

<u>Court's Decision</u>: The Court DENIES Plaintiff's claw back request.  As Defendant says, Plaintiff asks the Court to reconsider its previous order, which it cannot do outside of a motion to reconsider nor will it diverge from the law-of-the-case doctrine - the issue of waiver has already been decided.  *See* Dkt. # 174.

<u>Discovery Dispute at Issue</u>: Whether these issues should be resolved in advance of the depositions and whether the depositions should be rescheduled.

<u>Court's Decision</u>: The Court DENIES this request as moot.

SO ORDERED this 21st day of May, 2026.

John H. Chun
United States District Judge

ORDER REGARDING LCR 37 SUBMISSION REGARDING SIMULTANEOUS
DEPOSITIONS AND CLAWBACK OF PRIVILEGED DOCUMENTS
Case No. 2:23-cv-00847-JHC