UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON AEROSPACE LLC,

Plaintiff,

v.

THE BOEING COMPANY INC.,

Defendant.

Case No. C23-847-JHC-MLP

ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Plaintiff Wilson Aerospace LLC's unopposed Motion to Seal exhibits to Plaintiff's proposed Fourth Amended Complaint. (Dkt. # 208; *see also* dkt. ## 209-17, 223.)

Under the Local Civil Rules, a party moving to seal confidential information must demonstrate: (1) "the legitimate private or public interests that warrant the relief sought;" (2) "the injury that will result if the relief sought is not granted;" and (3) "why a less restrictive alternative to the relief sought is not sufficient." Local Rules W.D. Wash. LCR 5(g)(3)(B). Under Ninth Circuit precedent, two standards govern motions to seal: a "compelling reasons" standard, which applies to dispositive motions, and a "good cause" standard, which applies to non-dispositive filings. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th

Cir. 2016). The "good cause" standard imposes a lower burden than the "compelling reasons" standard. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010).

Under either standard, there is a sufficient basis to seal the information at issue. Sealing is appropriate where documents contain confidential and sensitive commercial information that could harm a litigant's competitive standing. *See* Fed. R. Civ. P. 26(c)(1)(G) (courts may "requir[e] that a trade secret or other confidential research, development, or commercial information not be revealed"); *Ctr. for Auto Safety*, 809 F.3d at 1097 (preventing the use of court records to harm a litigant's competitive standing is a compelling reason to seal); *Floyd v. Amazon.com, Inc.*, 2024 WL 1533217, at *1 (W.D. Wash. Apr. 9, 2024) (finding compelling reasons to seal confidential business information filed in opposition to a motion for leave to amend).

Having reviewed the materials, the Court finds good cause to maintain the identified information under seal. Plaintiff's Motion to Seal (dkt. # 208) is therefore GRANTED. The Clerk is directed to send copies of this Order to the parties and to the Honorable John H. Chun.

Dated this 29th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge