Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**~~[PROPOSED]~~ ORDER ENTERING JOINT STIPULATION RE FOURTH AMENDED COMPLAINT ~~AND SEALED EXHIBITS~~**<br><br>**NOTING DATE: JULY 27, 2026** |

**~~[PROPOSED]~~ ORDER**

The Court, pursuant to the parties' stipulation, Dkt. No. 223, and referral from the District Court pursuant to Dkt. No. 207, hereby accepts their stipulation and hereby ORDERS:

1. Plaintiff Wilson Aerospace is granted leave to file its Fourth Amended Complaint and shall do so promptly after the issuance of this Order.
2. Boeing shall respond to the Fourth Amended Complaint within 21 days of its filing.
3. The hearing on this matter scheduled for August 5, 2026, will be taken off the calendar.
4. ~~Plaintiff's motion to seal is granted and the exhibits to the Fourth Amended Complaint at Docket Nos. 209 through 217 shall remain sealed.~~ (*See* dkt. # 224.)
5. Plaintiff's claim for negligent misrepresentation and claims for violations of Washington and federal trade secret laws based on the Dreamliner Bolting Tool (the Third and Eighth Claims for Relief in the Third Amended Complaint) are hereby voluntarily dismissed.

IT IS SO ORDERED.

Dated this 29th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Dated: July 27, 2026 Respectfully submitted,

| | |
|---|---|
| */s/ Ulrike B. Connelly*<br>Ulrike B. Connelly, Bar No. 42478<br>MCGUIREWOODS LLP<br>Safeco Plaza<br>1001 Fourth Avenue Suite 4368<br>Seattle, WA 98154-1123<br>Telephone: (206) 336-5180<br>Facsimile: (206) 336-5790<br>uconnelly@mcguirewoods.com<br><br>Benjamin L. Hatch (*pro hac vice*)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Washington, D.C. 20006<br>Telephone: (757) 640-3700<br>Facsimile: (757) 640-3701<br>bhatch@mcguirewoods.com<br><br>Brian C. Riopelle (*pro hac vice*)<br>George B. Davis (*pro hac vice*)<br>Kathryn M. Barber (*pro hac vice*)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1000<br>Facsimile: (804) 225-5377<br>briopelle@mcguirewoods.com<br>gdavis@mcguirewoods.com<br>kbarber@mcguirewoods.com<br><br>*Attorneys for Defendant and Counterclaimant The Boeing Company* | */s/ Stephen Morrissey*<br>Stephen Morrissey<br>Washington State Bar No. 44710<br>smorrissey@susmangodfrey.com<br>Jenna Farleigh<br>Washington State Bar No. 47392<br>jfarleigh@susmangodfrey.com<br>Ian M. Gore<br>Washington State Bar No. 54519<br>igore@susmangodfrey.com<br>Benjamin Manne<br>Washington State Bar No. 54537<br>bmanne@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br><br>Neal S. Manne (*pro hac vice*)<br>nmanne@susmangodfrey.com<br>Michael Brightman (*pro hac vice*)<br>mbrightman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br><br>Rachel P. Thompson (*pro hac vice*)<br>rthompson@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>*Attorneys for Wilson Aerospace LLC* |
| | |