Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION RE WITHDRAWAL OF SEALED EXHIBITS**<br><br>NOTE ON MOTION CALENDAR: August 17, 2026 |

This matter came before the Court on the parties' Joint Stipulation re Withdrawal of Sealed Exhibits, Dkt. 259. Having considered the pleadings and papers filed in connection with said Motion and all other matters, the Court now ORDERS:

The Motion is GRANTED. Sealed exhibits filed at Dkts. 233, 234, 235, 236, and 237 are WITHDRAWN. Pursuant to the parties' Joint Stipulation, Plaintiff Wilson Aerospace LLC's withdrawal of the sealed exhibits shall not constitute, and shall not be cited or used by Boeing as evidence of, a pattern or practice by Wilson of improperly filing materials under seal in this action or any other proceeding.

SO ORDERED this 19th day of August, 2026.

The Honorable Michelle L. Peterson
United States Magistrate Judge

Presented By:

*/s/ Stephen E. Morrissey*
Stephen E. Morrissey
Washington State Bar No. 44710
smorrissey@susmangodfrey.com
Jenna Farleigh
Washington State Bar No. 47392
jfarleigh@susmangodfrey.com
Ian M. Gore
Washington State Bar No. 54519
igore@susmangodfrey.com
Benjamin Manne
Washington State Bar No. 54537
bmanne@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Neal S. Manne (*pro hac vice*)
nmanne@susmangodfrey.com
Michael Brightman (*pro hac vice*)
mbrightman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

Rachel P. Thompson (*pro hac vice*)
rthompson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Wilson Aerospace LLC*