UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br>Plaintiff/Counterclaim Defendant,<br>v.<br>THE BOEING COMPANY,<br>Defendant/Counterclaimant. | No. 2:23-cv-00847-JHC<br>**ORDER GRANTING DEFENDANT THE BOEING COMPANY'S MOTION TO SEAL EXHIBIT A TO DECLARATION OF ULRIKE B. CONNELLY** |

The Court, having reviewed the Motion to Seal Exhibit A to the Declaration of Ulrike B. Connelly in Support of Defendant The Boeing Company's Motion to Dismiss the Fourth Amended Complaint (Dkt. # 266), and good cause appearing therefore:

IT IS ORDERED that the Motion is GRANTED and the clerk is directed to maintain Exhibit A under seal.

DATED this 16th day of September, 2026.

John H. Chun
United States District Judge