Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**JOINT STIPULATION RE AMENDING CASE SCHEDULE**<br><br>**NOTING DATE: September 17, 2026** |

Plaintiff Wilson Aerospace LLC ("Wilson") and Defendant The Boeing Company ("Boeing," and together, the "Parties") hereby state and agree, through their respective counsel the following:

WHEREAS, Boeing updated its witnesses to provide one additional Rule 30(b)(6) deposition witness (limited to one hour) and both parties anticipate additional discovery to be produced;

WHEREAS, between September 14 to 16, 2026, the Parties met and conferred on changes to the case schedule to account for the state of discovery and the proposed additional 30(b)(6) deposition;

WHEREAS, the Parties plan to jointly request a two-week extension of the dispositive motion deadline from Judge Chun.

**NOW, THEREFORE, it is hereby STIPULATED by and among the Parties, subject to the Court's approval**:

The case schedule is amended as follows, with no changes proposed to any other pre-trial or trial deadline:

- Wilson's Expert Disclosures are due October 9, 2026.
- Boeing's Expert Disclosures are due October 27, 2026.
- Expert depositions must be completed by November 6, 2026.

SO ORDERED this 17th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Dated: September 17, 2026

Respectfully submitted,

/s/ Ulrike B. Connelly
Ulrike B. Connelly, Bar No. 42478
MCGUIREWOODS LLP
Safeco Plaza
1001 Fourth Avenue Suite 4368
Seattle, WA 98154-1123
Telephone: (206) 336-5180
Facsimile: (206) 336-5790
uconnelly@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
bhatch@mcguirewoods.com

Brian C. Riopelle (*pro hac vice*)
George B. Davis (*pro hac vice*)
Kathryn M. Barber (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 225-5377
briopelle@mcguirewoods.com
gdavis@mcguirewoods.com
kbarber@mcguirewoods.com

*Attorneys for Defendant and Counterclaimant The Boeing Company*

/s/ Stephen E. Morrissey
Stephen E. Morrissey
Washington State Bar No. 44710
smorrissey@susmangodfrey.com
Jenna Farleigh
Washington State Bar No. 47392
jfarleigh@susmangodfrey.com
Ian M. Gore
Washington State Bar No. 54519
igore@susmangodfrey.com
Benjamin Manne
Washington State Bar No. 54537
bmanne@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Neal S. Manne (*pro hac vice*)
nmanne@susmangodfrey.com
Michael Brightman (*pro hac vice*)
mbrightman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

Rachel P. Thompson (*pro hac vice*)
rthompson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Wilson Aerospace LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing Joint Stipulation re Amending Case Schedule with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Rachel P. Thompson*
Rachel P. Thompson



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883