UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant/Counterclaimant. | No. 2:23-cv-00847-JHC-MLP<br><br>ORDER |

**ORDER**

Pursuant to the Stipulated Motion to Amend Discovery Deadlines Case Schedule (Dkt. # 318), the Court ORDERS that the deadline for the parties to file all dispositive motions and motions challenging expert witness testimony shall be extended to November 16, 2026.

//

//

//

//

//

Dated this 18th day of September, 2026.

John H. Chun
United States District Judge