UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**ORDER GRANTING WILSON AEROSPACE LLC'S MOTION TO SEAL EXHIBIT A TO DEFENDANT'S MOTION TO DISMISS** |

This matter came before the Court on Plaintiff Wilson Aerospace LLC's Motion to Seal Exhibit A to Defendant's Motion to Dismiss. Dkt. # 307. Having considered the pleadings and papers filed in connection with said Motion and all other matters, the Court now ORDERS:

Plaintiff's Motion is GRANTED. Exhibit A to Defendant's Motion to Dismiss, titled "Space Launch System Self Reacting Tool Kit A51-SRTK-01," is hereby SEALED. The Clerk is directed to maintain this document under seal and restrict public access to it.

SO ORDERED this 30th day of September, 2026.

John H. Chun
United States District Judge