UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**ORDER GRANTING WILSON AEROSPACE LLC'S MOTION TO SEAL EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

This matter came before the Court on Plaintiff Wilson Aerospace LLC's Motion to Seal Exhibits to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss. Dkt. # 302. Having considered the pleadings and papers filed in connection with said Motion and all other matters, the Court now ORDERS:

Plaintiff's Motion is GRANTED. Exhibit 4 to Plaintiff's Motion to Seal Exhibits to Response in Opposition to Defendant's Motion to Dismiss is sealed.

Exhibits 1–3 to Plaintiff's Motion to Seal Exhibits to Response in Opposition to Defendant's Motion to Dismiss are temporarily sealed pending any further motion to maintain the documents under seal filed by Boeing.

SO ORDERED this 30th day of September, 2026.

John H. Chun
United States District Judge