UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant. | Case No. C23-847-JHC-MLP<br><br>ORDER |

## I. INTRODUCTION

This matter is before the Court by referral on Plaintiff Wilson Aerospace LLC's ("Wilson") Motion to Seal Exhibit to Plaintiff's LCR 7(i) Telephonic Motion to Permit Additional Depositions. (Dkt. # 263.) Wilson asks the Court to temporarily seal Exhibit 1 filed with its LCR 7(i) Telephonic Motion (dkt. # 264), which is a document produced by The Boeing Company Inc. ("Boeing") and designated Attorney's Eyes Only. (*Id.* at 2.) Wilson does not independently seek to seal this exhibit, but moved to file it under seal temporarily at Boeing's direction and under the parties' Stipulated Protective Order. (*Id.*)

In this Court's Order Granting in Part and Denying in Part Motions to Seal, the Court considered Plaintiff's motion and identified no response or motion from Boeing seeking to seal

Exhibit 1. (Dkt. # 322 at 5.) The Court ordered Plaintiff's motion be re-noted for September 29, 2026, to allow Boeing time to file a motion to seal Exhibit 1. (*Id*. at 6.)

Having received no response or motion from Boeing requesting to maintain Exhibit 1 under seal, and given that Wilson asks the Court to unseal Exhibit 1 if Boeing fails to timely file a motion to seal (dkt. # 263 at 2), Wilson's motion to seal is DENIED and the Clerk is directed to unseal Exhibit 1 (dkt. # 264).

The Clerk is further directed to send copies of this order to the parties and to the Honorable John H. Chun.

Dated this 15th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge