MAGISTRATE JUDGE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**~~[PROPOSED]~~**<br><br>**ORDER SEALING DKT. NO. 264**<br><br>CLERK'S ACTION REQUIRED |

This matter came before the Court on Defendant The Boeing Company's Motion for Reconsideration to Seal Boeing's Confidential Materials (Dkt. 264, Exhibit 1) and hereby orders:

The Motion is GRANTED. The Exhibit at Dkt. 264 should be sealed, and the Clerk is requested to do the same.

SO ORDERED this 15th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented By:

/s/ Ulrike B. Connelly
Ulrike B. Connelly, Bar No. 42478
**MCGUIREWOODS LLP**
Safeco Plaza
1001 Fourth Ave.
Suite 4368
Seattle, WA 98154-1123
Tel: (206) 336-5180
Fax: (206) 336-5790
uconnelly@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Tel: (757) 640-3700
Fax: (757) 640-3701
bhatch@mcguirewoods.com

Brian C. Riopelle (*pro hac vice*)
George B. Davis (*pro hac vice*)
Kathryn M. Barber (*pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-1000
Fax: (804) 225-5377
briopelle@mcguirewoods.com
gdavis@mcguirewoods.com
kbarber@mcguirewoods.com

*Attorneys for The Boeing Company*