MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br>Plaintiff,<br>v.<br>THE BOEING COMPANY INC.,<br>Defendant/Counterclaimant. | No. 2:23-cv-00847-JHC-MLP<br>**JOINT STIPULATION RE: AMENDING EXPERT DISCOVERY SCHEDULE**<br>**AND**<br>**~~[PROPOSED]~~ ORDER**<br>NOTE ON MOTION CALENDAR: OCTOBER 23, 2026 |

Plaintiff Wilson Aerospace LLC ("Wilson") and Defendant The Boeing Company ("Boeing," and collectively, the "Parties") jointly request a slight modification of the remaining expert discovery schedule for this case due to scheduling conflicts for counsel and expert witnesses. These requested changes do not impact the due dates for any filings with the Court.

**NOW, THEREFORE, it is hereby STIPULATED by and among the Parties, subject to the Court's approval:**

The case schedule is amended as follows, with no changes proposed to any other pre-trial or trial deadline:

- Boeing's Expert Disclosures are due November 3, 2026.

- Expert depositions must be completed by November 16, 2026, but the parties may conduct expert depositions after that date by agreement without further approval of the Court if doing so does not otherwise impact the case schedule.

SO ORDERED this 23rd of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

DATED: October 23, 2026

By: /s/ *Stephen E. Morrissey*
Stephen E. Morrissey
Washington State Bar No. 44710
smorrissey@susmangodfrey.com
Jenna Farleigh
Washington State Bar No. 47392
jfarleigh@susmangodfrey.com
Ian M. Gore
Washington State Bar No. 54519
igore@susmangodfrey.com
Benjamin Manne
Washington State Bar No. 54537
bmanne@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Neal S. Manne (*pro hac vice*)
nmanne@susmangodfrey.com
Michael Brightman (*pro hac vice*)
mbrightman@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

Rachel P. Thompson (*pro hac vice*)
rthompson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff Wilson Aerospace LLC*

*/s/ Ulrike B. Connelly*
Ulrike B. Connelly, Bar No. 42478
**MCGUIREWOODS LLP**
Safeco Plaza
1001 Fourth Ave.
Suite 4368
Seattle, WA 98154-1123
Tel: (206) 336-5180
Fax: (206) 336-5790
uconnelly@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Tel: (757) 640-3700
Fax: (757) 640-3701
bhatch@mcguirewoods.com

Brian C. Riopelle (*pro hac vice*)
George B. Davis (*pro hac vice*)
Kathryn M. Barber (*pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-1000
Fax: (804) 225-5377
briopelle@mcguirewoods.com
gdavis@mcguirewoods.com
kbarber@mcguirewoods.com

*Attorneys for The Boeing Company*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 23, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

By: s/ Ulrike B. Connelly

Ulrike B. Connelly, Bar No. 42478
**McGuireWoods LLP**
Safeco Plaza
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Telephone: 206.336.5000
UConnelly@mcguirewoods.com