UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**ORDER GRANTING BOEING'S MOTION FOR LEAVE TO FILE OVER-LENGTH SUMMARY JUDGMENT MOTION** |

This matter comes before the Court on Defendant The Boeing Company's Motion for Leave to File Over-Length Summary Judgment Motion. Dkt. # 342. Plaintiff does not oppose the request.

The Court hereby GRANTS the motion and allows Boeing to file a summary judgment motion not to exceed 12,500 words, Wilson to file an opposition brief not to exceed 12,500 words, and Boeing to file a reply not to exceed 6,000 words.

SO ORDERED this 4th day of November, 2026.

John H. Chun
United States District Judge