UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON AEROSPACE LLC,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

Case No. 2:23-cv-00847-JHC-MLP

**JOINT STIPULATION & ORDER RE AMENDING DEADLINE FOR WILSON AEROSPACE LLC'S MOTION TO CHALLENGE EXPERT WITNESS TESTIMONY OF JOHN C. JAROSZ**

**NOTING DATE:** November 13, 2026

Plaintiff Wilson Aerospace LLC ("Wilson") and Defendant The Boeing Company ("Boeing," and together, the "Parties") hereby state and agree, through their respective counsel the following:

WHEREAS, the Court previously entered an Order allowing the Parties to schedule depositions of expert witnesses after the November 16, 2026, deadline, without leave of Court. Dkt. 336.

WHEREAS, the Parties have agreed to schedule the deposition of Boeing's expert witness John C. Jarosz for November 20, 2026.

WHEREAS, the deadline for motions challenging expert witness testimony is November 16, 2026. Dkt. 336.

WHEREAS, the Parties conferred on November 11, 2026, regarding changes to the deadline for any motion Wilson may file challenging the expert testimony of Mr. Jarosz to account for the November 20, 2026, deposition date.

**NOW, THEREFORE, it is hereby STIPULATED by and among the Parties, subject to the Court's approval**:

The case schedule is amended as follows:

- Wilson's deadline to challenge Mr. Jarosz's expert testimony is November 30, 2026.
- As with other motions challenging expert testimony, any such motion challenging Mr. Jarosz's expert testimony will be noted as a 21-day motion under Local Civil Rule 7(d)(3).

SO ORDERED this 16th day of November, 2026.

John H. Chun

John H. Chun
United States District Judge

Dated: November 13, 2026 Respectfully submitted,


| | |
|---|---|
| */s/ Ulrike B. Connelly*<br>Ulrike B. Connelly, Bar No. 42478<br>MCGUIREWOODS LLP<br>Safeco Plaza<br>1001 Fourth Avenue Suite 4368<br>Seattle, WA 98154-1123<br>Telephone: (206) 336-5180<br>Facsimile: (206) 336-5790<br>uconnelly@mcguirewoods.com<br><br>Benjamin L. Hatch (*pro hac vice*)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Washington, D.C. 20006<br>Telephone: (757) 640-3700<br>Facsimile: (757) 640-3701<br>bhatch@mcguirewoods.com<br><br>Brian C. Riopelle (*pro hac vice*)<br>George B. Davis (*pro hac vice*)<br>Kathryn M. Barber (*pro hac vice*)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-1000<br>Facsimile: (804) 225-5377<br>briopelle@mcguirewoods.com<br>gdavis@mcguirewoods.com<br>kbarber@mcguirewoods.com<br><br>*Attorneys for Defendant and Counterclaimant The Boeing Company* | */s/ Stephen E. Morrissey*<br>Stephen E. Morrissey<br>Washington State Bar No. 44710<br>smorrissey@susmangodfrey.com<br>Jenna Farleigh<br>Washington State Bar No. 47392<br>jfarleigh@susmangodfrey.com<br>Ian M. Gore<br>Washington State Bar No. 54519<br>igore@susmangodfrey.com<br>Benjamin Manne<br>Washington State Bar No. 54537<br>bmanne@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br><br>Neal S. Manne (*pro hac vice*)<br>nmanne@susmangodfrey.com<br>Michael Brightman (*pro hac vice*)<br>mbrightman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br><br>Rachel P. Thompson (*pro hac vice*)<br>rthompson@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>*Attorneys for Wilson Aerospace LLC* |
| | |