UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILSON AEROSPACE LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>THE BOEING COMPANY INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:23-cv-00847-JHC-MLP<br><br>**ORDER GRANTING MOTION TO SEAL BOEING'S CONFIDENTIAL MATERIALS FILED WITH WILSON'S MOTION TO PRECLUDE EVIDENCE OF SRTK** |

This matter came before the Court on Defendant The Boeing Company's Motion to Seal Boeing's Confidential Materials Files With Wilson's Motion to Preclude Evidence of SRTK. Dkt. 341. The Court, having considered the motion, hereby GRANTS the Motion. The Exhibits at Dkt. 339 and Dkt. 340 should be sealed, and the Clerk is requested to do the same. The Clerk of the Court is DIRECTED to STRIKE. Dkt. 338.

SO ORDERED this 18th day of November, 2026.

John H. Chun
United States District Judge