UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON AEROSPACE LLC,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

Case No. 2:23-cv-00847-JHC-MLP

**JOINT STIPULATION & ORDER RE AMENDING BRIEFING SCHEDULE FOR MOTIONS CHALLENGING EXPERT TESTIMONY**

Plaintiff Wilson Aerospace LLC ("Wilson") and Defendant The Boeing Company ("Boeing," and together, the "Parties") hereby state and agree, through their respective counsel the following:

WHEREAS, with one exception (*e.g.*, Boeing's damages expert Mr. Jarosz) the Parties filed their respective motions challenging expert testimony by the deadline set by the Court, November 16, 2026. Dkt. 336.

WHEREAS, the Parties noted their respective motions as 21-day motions in accordance with Local Civil Rule 7(d)(3). Dkts. 352, 354, 356, 360.

WHEREAS, responses to those motions challenging expert testimony are due December 1, 2026, and replies in support of those motions challenging expert testimony are due December 7, 2026.

WHEREAS, the Parties conferred on November 18, 2026, regarding changes to the briefing schedule for responses to and replies in support of motions challenging expert testimony.

**NOW, THEREFORE, it is hereby STIPULATED by and among the Parties, subject to the Court's approval**:

The deadlines for responses to and replies in support of motions challenging expert testimony are amended as follows:

- The deadline for responses to motions challenging expert testimony filed November 16, 2026, is December 7, 2026.
- The deadline for replies in support of motions challenging expert testimony filed November 16, 2026, is December 18, 2026.

SO ORDERED this 20th day of November, 2026.

John H. Chun
United States District Judge